UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          Case No. 2:17-mj-11
                                                              HON. TIMOTHY P. GREELEY

JASON DAVID SADOWSKI,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 19, 2017, for an initial appearance on the Complaint charging defendant with Felon in Possession of Weapon. The government requested the defendant be detained pending further proceedings. Detention and preliminary hearings are scheduled for March 24, 2017 at 10:00 a.m.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                                     */s/ Timothy P. Greeley*
                                                                     TIMOTHY P. GREELEY
                                                                     UNITED STATES MAGISTRATE JUDGE

Dated:  March 20, 2017